UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



GRAND JURY H-20-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:20CR191 JAM RMS |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §§ 3146(a)(1), |
| JONATHAN BROWN, | : | (b)(1)(A)(i), and (b)(2) |
| a.k.a. "Boy," and "Jason Hamilton" | : | (Failure to Appear) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Failure to Appear)

1. On or about March 5, 2018, in the District of Connecticut, the defendant JONATHAN BROWN, a.k.a. "Boy," and "Jason Hamilton," having been charged in *United States v. Ivan Rosario, et al.*, No. 3:17CR00055 (VLB), with a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i), that is, conspiracy to possess with intent to distribute one kilogram or more of heroin, an offense punishable by up to life imprisonment, and having been released by the Honorable Robert A. Richardson, United States Magistrate Judge for the District of Connecticut at Hartford, Connecticut, pursuant to Title 18, United States Code, Section 3142, on or about June 13, 2017, and having agreed to appear as directed at all proceedings as required, and having been required to appear before the Honorable William I. Garfinkel, United States Magistrate Judge for the District of Connecticut at Bridgeport, Connecticut, for a Change of Plea Proceeding, and having been notified and made aware of this required appearance, did knowingly and willfully fail to appear as required.

In violation of Title18, United States Code, Sections 3146(a)(1), (b)(1)(A)(i) and (b)(2).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

JOSEPH VIZCARRONDO
ASSISTANT UNITED STATES ATTORNEY